**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| EO Liquidating, LLC, *et al.*,[1] | Case No. 17-10243 (LSS) |
| Debtors. | (Jointly Administered) |
| SPORTSDIRECT.COM RETAIL LTD. and SDI STORES LLC, | |
| Plaintiffs | Adv. Pro. No. 18-50168 (LSS) |
| v. | |
| TLG NEWINGTON, LLC, | |
| Defendant | |

NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON JULY 6, 2018 AT 2:00 P.M[2]
Location: Before the Honorable Laurie Selber Silverstein, 6th Floor, Courtroom No. 2

**ORAL ARGUMENT GOING FORWARD**:

1. Defendant's Motion to Dismiss Adversary Proceeding [Adv. Docket No. 7, Filed March 1, 2018] and Brief in Support of Motion to Dismiss Complaint [Adv. Docket No. 8, Filed March 1, 2018]

    Response Deadline: March 15, 2018

    Response(s) Received:

---

[1] The debtors ("Debtors") in these chapter 11 cases, along with the last four (4) digits of each Debtor's federal tax identification number, if applicable, are: EO Liquidating, LLC (9164); Subortis Retail Financing, LLC (9065); EM Liquidating, LLC (9553); Subortis IP Holdings, LLC; BS Liquidating, LLC (4389); and BS/EM Liquidating, LLC (9618). The Debtors' executive headquarters are located at 160 Corporate Court, Meriden, CT 06450.

[2] Parties who are unable to attend the hearing in person may request telephonic participation in accordance with the Instructions for Telephonic Appearances (see www.deb.uscourts.gov) by contacting CourtCall at 1-866-582-6878 and providing written notice to Debtors' counsel.

  A. Plaintiff's Memorandum of Law in Opposition to Defendant's Motion to Dismiss Complaint [Adv. Docket No. 15, Filed March 15, 2018]

  B. Reply Brief in Support of Defendant's Motion to Dismiss Complaint [Adv. Docket No. 20, Filed March 22, 2018]

Related Documents:

  A. Complaint [Adv. Docket No. 1, Filed January 30, 2018]

  B. Request for Oral Argument [Adv. Docket No. 22, Filed March 28, 2018]

  C. Notice of Completion of Briefing [Adv. Docket No. 23, Filed March 29, 2018]

  D. Notice of Hearing on Motion to Dismiss [Adv. Docket No. 27, Filed June 8, 2018]

  E. Amended Notice of Hearing on Defendant's Motion to Dismiss Complaint [Adv. Docket No. 28, Filed June 15, 2018]

<u>Status:</u> This matter is going forward. A notice of completion of briefing and binder containing the motion to dismiss pleadings referenced above was submitted to the Court on or about March 29, 2018.

Dated: July 3, 2018  
 Wilmington, Delaware

Respectfully submitted,

/s/ Dennis A. Meloro  
Dennis A. Meloro (DE Bar No. 4435)  
GREENBERG TRAURIG, LLP  
1007 North Orange Street, Suite 1200  
Wilmington, Delaware 19801  
Telephone: (302) 661-7000  
Facsimile (302) 661-7360  
Email: melorod@gtlaw.com

-and-

Bryan E. Bates, Esq. (admitted *pro hac vice*)
DENTONS US LLP
303 Peachtree St. NE
Suite 5300
Atlanta, GA 30308
Telephone: (404) 527-4073
Facsimile:  (404) 527-4198
Email: bryan.bates@dentons.com

*Counsel for Plaintiffs Sportsdirect.com Retail Ltd. and SDI Stores LLC*

3